**Exhibit C**

