**Exhibit D**

