**Exhibit E**

Ameris Bank Originations 2016-2021
Percent Black and Hispanic Population by Census Tract
Jacksonville MSA

**Rivers**
- St. Johns River

**Census Tracts**
Black and Hispanic Population
- <50%
- ≥50% and <80%
- ≥80% and ≤100%

**Geographies**
- Jacksonville MSA Boundary
- Assesment Area Boundary
- County Boundary
- Census Tract Boundary

**Ameris Lending**
- Originations

**Ameris Branch Locations**
- Open

Census tract demographics derived from the American Community Survey (ACS) 5 Year Summary, 2019 Data Release, Table 03002.
* HTML map made in R, using leaflet package.