## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERIS BANK, )<br><br>Defendant. )<br>————————————————————) | Civil Action No.   3:23-cv-01232 |

### JOINT MOTION FOR ENTRY OF CONSENT ORDER

The parties, through undersigned counsel, hereby request that the Court enter the attached Consent Order as an order of the Court resolving all claims brought in this action. Upon entry of the Consent Order, the parties request that the Court retain jurisdiction to enforce the terms of the Consent Order consistent with Paragraph 72 of the Consent Order.

Respectfully submitted this 19th day of October, 2023.

**For the United States of America:**

| | |
|---|---|
| ROGER B. HANDBERG<br>United States Attorney<br>Middle District of Florida | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| _/s/ Yohance A. Pettis_<br>YOHANCE A. PETTIS<br>Deputy Chief<br>Florida Bar No.: 021216<br>MICHAEL R. KENNETH<br>Assistant United States Attorney<br>Florida Bar No.: 44341 | CARRIE PAGNUCCO<br>Chief<br>LUCY G. CARLSON<br>Deputy Chief<br>JENNA A. RADEN<br>Trial Attorney |

1

United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Fax: (813) 274-6198
Yohance.Pettis@usdoj.gov
Michael.Kenneth@usdoj.gov

*Attorneys for United States of America*

DC Bar No.: 1724701
Housing & Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 305-5452
Fax: (202) 514-1116
Jenna.Raden@usdoj.gov

**For Ameris Bank:**

D. JEAN VETA
NIKHIL GORE
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5294
jveta@cov.com
ngore@cov.com

*Attorneys for Ameris Bank*

2