**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action 3:23-cv-01232 MMH-LLL |
| v. | ) | |
| | ) | |
| AMERIS BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

**RENEWED JOINT MOTION FOR ENTRY OF CONSENT ORDER**

The parties, through undersigned counsel, hereby renew their request that the Court enter the attached Consent Order as an order of the Court resolving all claims brought in this action.

Pursuant to the Court's November 1, 2023 Order (Doc. 10), the parties amended the proposed Consent Order to omit the injunction language formerly in Part III.A (*see* Doc. 2-1). Attachment 1 to this motion shows the parties' changes "redlined" against the originally proposed Consent Order. Attachment 2 is the amended proposed Consent Order to which the parties consent and hereby apply for entry by this Court.

Upon entry of the Consent Order, the parties request that the Court retain jurisdiction to enforce the terms of the Consent Order consistent with Paragraph 71 of the Consent Order.

1

Respectfully submitted this <u>3rd</u> day of November, 2023.

**For the United States of America:**

ROGER B. HANDBERG
United States Attorney
Middle District of Florida

<u> /s/ Yohance A. Pettis </u>
YOHANCE A. PETTIS
Deputy Chief
Florida Bar No.: 021216
MICHAEL R. KENNETH
Assistant United States Attorney
Florida Bar No.: 44341
United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Fax: (813) 274-6198
Yohance.Pettis@usdoj.gov
Michael.Kenneth@usdoj.gov

*Attorneys for United States of America*

KRISTEN CLARKE
Assistant Attorney General

Civil Rights Division
CARRIE PAGNUCCO
Chief
LUCY G. CARLSON
Deputy Chief
JENNA A. RADEN
Trial Attorney
DC Bar No.: 1724701
Housing & Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 305-5452
Fax: (202) 514-1116
Jenna.Raden@usdoj.gov

**For Ameris Bank:**

D. JEAN VETA
NIKHIL GORE
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5294
jveta@cov.com
ngore@cov.com

*Attorneys for Ameris Bank*