**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                   Case No.   3:23-cv-1232-MMH-LLL

AMERIS BANK,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Renewed Joint Motion for Entry of Consent Order (Doc. 11; Motion), filed on November 3, 2023.   In the Motion, the parties request the entry of an amended proposed Consent Order (Doc. 11-2; Proposed Consent Order).   See Motion at 1.   Upon review of the Proposed Consent Order, the Court notes that the parties have removed the provision the Court previously identified as likely to be unenforceable.   See Order (Doc. 10), entered November 1, 2023.   As such, the Court finds it appropriate to grant the relief requested.   The Court will approve the Proposed Consent Order and enter it in this case.   Accordingly, it is

**ORDERED:**

1. The Renewed Joint Motion for Entry of Consent Order (Doc. 11) is **GRANTED**.

2. The Court will enter the Consent Order forthwith.

3. Upon entry of the Consent Order, the Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of November, 2023.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record