UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIS BANK, )<br>)<br>Defendant. )<br>_____) | Civil Action 3:23-cv-01232-MMH-LLL |

**UNOPPOSED MOTION TO TERMINATE CONSENT ORDER
AND DISMISS WITH PREJUDICE**

Plaintiff United States of America, by and through undersigned counsel, files this unopposed motion to provide the Court with a status update and to respectfully request termination of the Consent Order and dismissal of this case with prejudice.

The Court entered a Consent Order in this case on November 7, 2023 (Doc. 14). The Consent Order states that its requirements will remain in effect for five years or longer if Ameris Bank has not invested all money in the loan subsidy fund. (*Id.* ¶¶ 59 and 60). The Order also states that other modifications may be made upon approval of the Court, by motion by any Party, and that the Parties will work cooperatively to propose modifications if there are changes in material factual circumstances. (*Id.* ¶ 61).

In support of this motion, the United States advises the Court that Ameris Bank has demonstrated a commitment to remediation, and:

1. Ameris Bank has disbursed the full amount of the loan subsidy fund ($7,500,000) as required (*see id.* ¶ 30); and

1

2. Ameris Bank is substantially in compliance with the other monetary and injunctive terms of the Consent Order.

We have conferred with Ameris Bank and it does not oppose this motion.

WHEREFORE, for these reasons, Plaintiff United States respectfully requests that the Court enter an Order terminating the Consent Order and dismissing this case with prejudice.

Respectfully submitted this 19th day of May, 2025.

| | |
|---|---|
| GREGORY W. KEHOE<br>United States Attorney<br>Middle District of Florida | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| | MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| | CARRIE PAGNUCCO<br>Chief |
| | JENNIFER A. SLAGLE PECK<br>Deputy Chief |
|   /s/ Yohance A. Pettis<br>YOHANCE A. PETTIS<br>Deputy Chief<br>Florida Bar No.: 021216<br>MICHAEL R. KENNETH<br>Assistant United States Attorney<br>Florida Bar No.: 44341<br>United States Attorney's Office<br>Middle District of Florida<br>400 N. Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Phone: (813) 274-6000<br>Fax: (813) 274-6198<br>Yohance.Pettis@usdoj.gov |   /s/ Jenna A. Raden<br>JENNA A. RADEN<br>D.C. Bar No.: 1724701<br>Trial Attorney<br>Housing & Civil Enforcement Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 305-5452<br>Fax: (202) 514-1116<br>Jenna.Raden@usdoj.gov |

*Attorneys for the United States of America*

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that on March 15, 2025, the Parties conferred and agreed to the relief requested herein.

*/s/ Yohance A. Pettis*
Yohance A. Pettis
Counsel for United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 19th day of May, 2025 on all counsel of record via the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Yohance A. Pettis*
Yohance A. Pettis
Counsel for United States of America
