# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 3:23-cv-1232-MMH-LLL

AMERIS BANK,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Unopposed Motion to Terminate Consent Order and Dismiss With Prejudice (Dkt. No. 15; Motion) filed on May 19, 2025. In the Motion, Plaintiff requests that the Court terminate the Consent Order (Dkt. No. 14) and dismiss this case with prejudice. See generally Motion. Plaintiff represents to the Court that Defendant does not oppose the relief requested in the Motion. See id. at 2. After due consideration, it is

**ORDERED:**

1. The Unopposed Motion to Terminate Consent Order and Dismiss With Prejudice (Dkt. No. 15) is **GRANTED**.

2. The Consent Order (Dkt. No. 14) is **TERMINATED**.

    3.    This case is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of May, 2025.

                                        MARCIA MORALES HOWARD
                                        United States District Judge

ja

Copies to:

Counsel of Record